**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1088**

CLARENCE ANDREWS, JR.,

      Plaintiff - Appellant,

      v.

DITECH MORTGAGE CORP.; DITECH FINANCIAL LLC,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:16-cv-00631-JAG)

Submitted: May 23, 2017               Decided: May 25, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Andrews, Jr., Appellant Pro Se. Jonathan S. Hubbard, David Tony Long, Jr., Sarah Warren Smith, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Andrews, Jr., seeks to appeal the district court's order dismissing his civil action for failure to comply with the court's order directing him to amend his complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Andrews' informal brief does not challenge the basis for the district court's disposition, Andrews has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*